**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
DENETTE J. LIGON.,                                     :
                                                    :
       Plaintiff,         :    23-CV-00451 (JMF) (OTW)
                                                    :
       -against-         :    **<u>ORDER</u>**
                                                    :
HUMANS, INC.,                                          :
                                                    :
       Defendant.         :
                                                    :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

      The Court has reviewed ECF 9. Plaintiff's request to adjourn the March 20, 2023, conference is **GRANTED**.

      The Initial Case Management Conference previously scheduled for March 20, 2023, is hereby adjourned to **Wednesday, May 10, 2023, at 12:30 p.m.** The deadline for the parties to submit their Proposed Scheduling Order is May 3, 2023.

      The Clerk of Court is respectfully directed to close ECF 9.

      **SO ORDERED.**

                                                  <u>*s/ Ona T. Wang*</u>

Dated: March 14, 2023                             **Ona T. Wang**
      New York, New York                   United States Magistrate Judge